UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMMY L. HALL,

    Plaintiff,

v.                                Case No. 18-C-0361

CNH INDUSTRIAL LLC,

    Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

Defendant, CNH Industrial America LLC,[1] incorrectly referenced as CNH INDUSTRIAL LLC, submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.

1. *The full name of every party or amicus represented by the undersigned*. CNH Industrial America LLC.

2. *Any parent corporation and any publicly held corporation owning 10% or more of its stock*. CNH Industrial America LLC is a privately held Delaware limited liability company whose sole member is Case New Holland Industrial, Inc. Case New Holland Industrial, Inc. is a Delaware corporation whose sole shareholder is CNH Industrial U.S. Holdings Inc. CNH Industrial U.S. Holdings Inc. is a Delaware corporation and a wholly owned subsidiary of CNH Industrial N.V. which is a Netherlands public limited liability company with its principal office in the United Kingdom. CNH Industrial N.V.'s common shares are listed on the New York Stock Exchange and the Mercato Telematico Azionario, organized and managed by the Borsa

---

[1] The correct Defendant in this action is CNH Industrial America LLC, not CNH Industrial LLC.

Italiana S.p.A. CNH Industrial N.V. qualifies as a "foreign private issuer" under the U.S. federal securities laws.

3. ***The name of the law firms whose attorneys will appear, or are expected to appear, for the Defendant.*** Quarles & Brady LLP.

Dated this 14th day of June, 2018.

JUDITH A. WILLIAMS-KILLACKEY
State Bar No. 1029928
STEVEN M. KRUZEL
State Bar No. 1086539

s/Steven M. Kruzel
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2350
Milwaukee, WI 53202-4426
Phone: 414.277.5645
Fax: 414.978-8863
Email: judi.williams@quarles.com
steven.kruzel@quarles.com

*Attorneys for Defendant CNH Industrial America LLC*